UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-23178-CIV-MORENO

MORRIS RONALD GOULD a/k/a RONALD GOULD,

    Plaintiff,

vs.

JOHN F. HARKNESS, Jr. EXECUTIVE DIRECTOR, FLORIDA BAR

JACQUELYN PLASNER NEEDLEMAN FLORIDA BAR COUNSEL,

    Defendant.
_____/



## SUMMARY FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and the Court's Order on Motions for Summary Judgment, filed on **August 8, 2006**, it is

**ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff Gould. Further, it is

**ADJUDGED** that any pending motions are DENIED as moot. Finally, it is

**ADJUDGED** that the Court reserves jurisdiction over the issues of fees.

DONE AND ORDERED in Chambers at Miami, Florida, this /0 day of August, 2006.

                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:

Morris R. Gould
1201 Brickell Ave.
Suite 630
Miami, FL 33131


Frank J. Ingrassia, Esq.
Laureen E. Galeoto, Esq.
Barry Richard, Esq.