FILING FEE PAID
In Forma Pauperis 945817
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 04-23178-Civ-Moreno/Garber

Morris Ronald Gould
a/k/a Ronald Gould,

          Plaintiff

John F. Harkness, Jr.
Executive Director, Florida Bar         Notice of Appeal

Jacquelyn Plasner Needleman
Florida Bar Counsel,

Barbara J. Pariente, of The Supreme Court of Florida.

          Defendants.
_____/

    Notice is hereby given that Morris Ronald Gould a/k/a Ronald Gould, plaintiff hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the United States District Court for the Southern District of Florida: (1) Order dismissing various counts of the complaint (2) Dismissing all Counts of the Complaint against Chief Judge, Barbara J. Pariente, (3) Denying Plaintiff's Motion To Amend The Complaint, (4) Denying Plaintiff's Motion For Summary Judgment, (5) Granting Defendant's Motion For Summary Judgment entered in this action on August 8th, 2006

                        Morris Ronald Gould, Pro Se
                        1201 Brickell Avenue, Ste. 630
                        Miami, FL 33131
                        (305) 865 2962  (305) 861-7272 fax