IN THE UNITED STAES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



MORRIS RONALD GOULD
A/K/A RONALD GOULD,

Case No: 04-23178CIV
Moreno/Garber

        Plaintiff,       September 16, 2005
VS.                       10:00a.m.

FLORIDA BAR, JOHN R. HARKNESS JR,
EXECUTIVE DIRECTOR FLORIDA BAR,

        Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS HAD BEFORE THE HONORABLE JUDGE MORENO, UNITED STATES DISTRICT COURT JUDGE, SOUTHERN DIVISION.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | BY: MORRIS RONALD GOULD, ESQ.<br>1201 BRICKELL AVENUE, SUITE 630<br>MIAMI, FLORIDA 33131 |
| For the Defendant: | GREENBERG TRAURIG, P.A.<br>BY: LAUREEN GALEOTO, ESQ.<br>101 EAST COLLEGE AVENUE (32301)<br>Post Office Drawer 1838<br>TALLAHASSEE, FLORIDA 33301 |
| Court Reporter: | Pam smith<br>OFFICIAL REPORTING SERVICE<br>524 S. ANDREWS AVENUE<br>FT. LAUDERDALE, FL |

Transcript taken by mechanical stenography, transcription by note reading.

ORIGINAL